Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:      (888) 400-8799

DEVON M. JACOB (*admitted pro hac vice*)
JACOB LITIGATION, INC.
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055-0837
Telephone:     (717) 796-7733

*Attorneys for Plaintiffs*
TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; ISIDRO BACA; ADAM LAXALT; BARBARA CEGAVSKE; and BRIAN SANDOVAL,<br><br>Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**ORDER TO EXTEND CASE MANAGEMENT CONFERENCE & JOINT CASE MANAGEMENT REPORT DEADLINE** |

     Pursuant to Local Rule IA 6-1 and Local Rule 26-4, the parties, by and through their respective counsel of record hereby stipulation and request that this Court extend the deadline to file the Joint Status Conference Report in the above-captioned matter. In support of this Stipulation and Request, the parties state as follows:

     Plaintiffs TROYLETTE BURTON, individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON (collectively hereinafter "Plaintiffs"), by

and through their attorney of record, Peter Goldstein Law Corp, and Defendants MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; ISIDRO BACA; ADAM LAXALT; BARBARA CEGAVSKE; and BRIAN SANDOVAL (collectively hereinafter "Defendants"), by and through their attorneys of record, Aaron D. Ford, Esq. and Douglas R. Rands, State of Nevada, Public Safety Division, hereby stipulate and agree to as follows:

1. The deadline to file the Joint Status Conference Report is currently July 20, 2020. The parties have agreed to extend the deadline to a date to be determined by the Court.

2. The parties are scheduled to meet and confer on July 29-30 to discuss the above-referenced action.

3. Defendant Moises Fonseca has not responded to the Complaint. His response is due on or before August 29, 2020.

4. A telephonic Joint Status Conference is currently scheduled for July 27, 2020, at 10:00 a.m. The parties have agreed to extend the Joint Status Conference to a date to be determined by the Court.

5. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to meet and confer in this case and adequately prepare the Joint Status Conference Report.

6. This is the first request for an extension and applies only to the necessary dates related to the Joint Status Conference to allow the parties to fully meet and confer and discuss the matter. The parties are only extending the deadlines for the Joint Status Conference. No other dates are being extended. The parties respectfully submit that the reasons as set forth above constitute compelling reasons and good cause for the short extension.

///
///
///
///
///
///

Dated: July 20, 2020

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
    Peter Goldstein, Esq. (SBN 6992)
    Peter Goldstein Law Corp
    10161 Park Run Drive, Suite 150
    Las Vegas, NV  89145
    *Attorneys for Plaintiffs*

Dated: July 20, 2020

STATE OF NEVADA

By:/s/ Douglas R. Rands
    Douglas R. Rands, Esq. (SBN 3572)
    Senior Deputy Attorney General
    100 North Carson Street
    Carson City, NV  89701
    *Attorneys for Defendants Isidro Baca,*
    *Barbara Cegavske, Adam Laxalt, Brian*
    *Sandoval and Robert Smith*

## ORDER

1. The telephonic Joint Status Conference will take place on **August 6th**, 2020, at **11:00** a.m.

2. The Joint Status Conference Report shall be filed on or before **July 30th**, 2020.

IT IS SO ORDERED. **NO FURHTER EXTENSIONS WILL BE GRANTED.**

Dated this **21st** day of **July**, 2020.

U.S. MAGISTRATE JUDGE

3