Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

DEVON M. JACOB (*admitted pro hac vice*)
JACOB LITIGATION, INC.
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055-0837
Telephone:    (717) 796-7733

*Attorneys for Plaintiffs*
TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; ISIDRO BACA; ADAM LAXALT; BARBARA CEGAVSKE; and BRIAN SANDOVAL,<br><br>Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANTS, ADAM LAXALT, BARBARA CEGAVSKE, AND BRIAN SANDOVAL** |

Plaintiffs, TROYLETTE BURTON, individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON; and Defendants, MOISES FONSECA, ROBERT SMITH, JANE/JOHN DOES, ISIDRO BACA, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree to the following:

1

Conditioned on the Court adopting the Stipulation of the Parties filed this date regarding the identification of a final policymaker and defenses that are waived, Plaintiffs and Defendants stipulate and agree as follows: Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), please mark all claims against DEFENDANTS, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL, discontinued and ended with prejudice. With respect to these Defendants only, Plaintiffs and Defendants agree to bear their own fees and costs.

DATED: January 14, 2021         PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
PETER GOLDSTEIN, ESQ.
Attorneys for Plaintiffs
*TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON*

DATED: January 14, 2021

By: /s/ Douglas R. Rands
AARON D. FORD, ESQ.
DOUGLAS R. RANDS, ESQ.
Attorneys for Defendants
*ISIDRO BACA, BARBARA CEGAVSKE, ADAM LAXALT, MOISES FONSECA, BRIAN SANDOVAL and ROBERT SMITH*

**ORDER**

IT IS SO ORDERED

DATED this  14th  day of  January , 2021.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 14th day of January, 2021, a true and correct copy of the following document **STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANTS, ADAM LAXALT, BARBARA CEGAVSKE, AND BRIAN SANDOVAL** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Aaron D. Ford
> Attorney General
> Douglas R. Rands (SBN 3572)
> Senior Deputy Attorney General
> State of Nevada – Public Safety Division
> 100 North Carson Street
> Carson City, Nevada 89701-4717
> Telephone:    (775) 684-1150
> Email: drands@ag.nv.gov
>               CFondi@ag.nv.gov
> *Attorneys for Defendants Isidro Baca,*
> *Barbara Cegavske, Adam Laxalt, Brian*
> *Sandoval and Robert Smith*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *[signature]*
An Employee of Peter Goldstein Law Corp