Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

DEVON M. JACOB (*admitted pro hac vice*)
JACOB LITIGATION, INC.
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055-0837
Telephone:    (717) 796-7733

*Attorneys for Plaintiffs*
TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; ISIDRO BACA; ADAM LAXALT; BARBARA CEGAVSKE; and BRIAN SANDOVAL,<br><br>Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**STIPULATION AND ORDER REGARDING THE IDENTIFICATION OF A FINAL POLICYMAKER AND DEFENSES THAT ARE WAIVED** |

Plaintiffs, TROYLETTE BURTON, individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON; and Defendants, MOISES FONSECA, ROBERT SMITH, JANE/JOHN DOES, ISIDRO BACA, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree to the following:

1

In exchange for Plaintiffs' agreement to dismiss the Complaint against DEFENDANTS, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL, and the Court's adoption of the related Stipulation of the Parties filed this date, Plaintiffs and Defendants stipulate and agree as follows:

1. Warden, ISIDRO BACA, is the final policymaker as to all matters asserted in the Complaint (excluding budgetary); and

2. The Defendants waive any defense that is in any way related to funding. Specifically, no Defendant will raise a lack of adequate funding as a basis to support a defense or request for immunity, or as a complete defense.

DATED: January 14, 2021        PETER GOLDSTEIN LAW CORP


By: /s/ Peter Goldstein
    PETER GOLDSTEIN, ESQ.
Attorneys for Plaintiffs
*TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON*

DATED: January 14, 2021


By: /s/ Douglas R. Rands
    AARON D. FORD, ESQ.
    DOUGLAS R. RANDS, ESQ.
Attorneys for Defendants
*ISIDRO BACA, BARBARA CEGAVSKE, ADAM LAXALT, MOISES FONSECA, BRIAN SANDOVAL and ROBERT SMITH*

**ORDER**

IT IS SO ORDERED

DATED this 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 14th day of January, 2021, a true and correct copy of the following document **STIPULATION AND ORDER REGARDING THE IDENTIFICATION OF A FINAL POLICYMAKER AND DEFENSES THAT ARE WAIVED** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Aaron D. Ford
Attorney General
Douglas R. Rands (SBN 3572)
Senior Deputy Attorney General
State of Nevada – Public Safety Division
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone:    (775) 684-1150
Email: drands@ag.nv.gov
           CFondi@ag.nv.gov
*Attorneys for Defendants Isidro Baca,*
*Barbara Cegavske, Adam Laxalt, Brian*
*Sandoval and Robert Smith*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *[signature]*
An Employee of Peter Goldstein Law Corp

3