PETER GOLDSTEIN [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:      (888) 400-8799

DEVON M. JACOB (*admitted pro hac vice*)
JACOB LITIGATION, INC.
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055-0837
Telephone:     (717) 796-7733

*Attorneys for Plaintiffs*
*TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON*

AARON D. FORD
Attorney General
DOUGLAS R. RANDS [SBN 3572]
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone:     (775) 684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendants*
*ISIDRO BACA, BARBARA CEGAVSKE, ADAM LAXALT, MOISES FONSECA, BRIAN SANDOVAL and ROBERT SMITH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>                    Plaintiffs,<br>         vs.<br><br>MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; ISIDRO BACA; ADAM LAXALT; BARBARA CEGAVSKE; and BRIAN SANDOVAL,<br><br>                    Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

1  Defendants, Moises Fonseca, Robert Smith, Isidro Baca, Adam Laxalt, Barbara Cegavske
2  and Brian Sandoval, by and through counsel, Aaron D. Ford, Attorney General of the State of
3  Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and Plaintiffs, Troylette Burton,
4  individually, and as Administrator of the Estate of Thayer Joseph Burton and Thayer Burton, by
5  and through their counsel, Peter Goldstein of Peter Goldstein Law Corp and Devon M. Jacob of
6  Jacob Litigation, Inc. hereby stipulate and request that this Court continue the Settlement
7  Conference scheduled for April 20, 2021 to a date convenient to the Court and Parties.

8  This is the first request for an extension of time for a continuance. This Request for an
9  extension of time is not sought for any improper purpose or other purpose of delay. This request
10 for a brief extension of time is necessary because Counsel for the Defendants is scheduled to
11 appear in a jury trial in front of District Court Judge Du on April 19, 2021 in the case of *Randolph*
12 *v. Carrasco, et al.,* Case No. 3:17-cv-00506-MMD-WGC.  Counsel has met with the inmate
13 Plaintiff in preparation for that trial, and he plans on going forward.  In addition, the parties are
14 still in the process of discovery, and would like to have more discovery completed prior to the
15 settlement conference. Therefore, this brief continuance is necessary to ensure that the settlement
16 conference is as productive as possible.

17 IT IS SO STIPULATED.

18 DATED this ____ day of March, 2021

19 PETER GOLDSTEIN LAW CORP.

20

21 By: /s/ Peter Goldstein
    PETER GOLDSTEIN, ESQ., Bar No.: 6992
22
    Attorney for Plaintiffs
23  *TROYLETTE BURTON, Individually, and as
    administrator of the ESTATE OF THAYER
24  JOSEPH BURTON, AND THAYER BURTON*

25 ///
26 ///
27 ///
28 ///

DATED this____ day of March, 2021

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
    DOUGLAS R. RANDS, Bar No.: 3572
    Senior Deputy Attorney General

    Attorneys for Defendants
    *ISIDRO BACA, BARBARA CEGAVSKE,*
    *ADAM LAXALT, MOISES FONSECA,*
    *BRIAN SANDOVAL and ROBERT SMITH*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED  March 23, 2021

3