Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

DEVON M. JACOB (*admitted pro hac vice*)
JACOB LITIGATION, INC.
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055-0837
Telephone:   (717) 796-7733

*Attorneys for Plaintiffs*
TROYLETTE BURTON, Individually, and as administrator of the ESTATE OF THAYER JOSEPH BURTON, AND THAYER BURTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>MOISES FONSECA; ROBERT SMITH; JANE/JOHN DOES; and ISIDRO BACA,<br><br>Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**ORDER GRANTING MOTION OF PETER GOLDSTEIN AND DEVON M. JACOB TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND TO STAY ALL LITIGATION DEADLINES** |

**ORDER GRANTING MOTION OF PETER GOLDSTEIN AND DEVON M. JACOB TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND TO STAY ALL LITIGATION DEADLINES**

In consideration of the Motion of Peter Goldstein ("Goldstein") and Devon M. Jacob ("Jacob") to Withdraw as Counsel for Plaintiffs Troylette Burton, individually and as the Administrator of the Estate of Thayer Joseph Burton and Thayer Burton (collectively hereinafter "Plaintiffs") and to Stay All Litigation Deadlines (the "Motion") (Dkt. 38) it is HEREBY ORDERED that the Motion is GRANTED. The clerk is directed to terminate the

1

appearances of Peter Goldstein and Devon M. Jacob. All litigation deadlines are stayed for **45 (days) days** from the date of this Order, or until **Monday, May 24, 2021**. A non-lawyer is not permitted to provide legal representation for an Estate. As such, the Estate must be represented by counsel. Plaintiffs, however, are permitted to represent themselves if they so desire.

Therefore, by on or before **Monday, May 24, 2021**, Plaintiffs are directed to have new counsel enter his/her appearance on behalf of Plaintiffs individually, and/or the Estate. If Plaintiffs opt to represent themselves, Plaintiffs shall notify the Clerk and enter their appearances accordingly. Attorney Goldstein shall serve Plaintiffs with a copy of this Order.

**IT IS SO ORDERED.**

DATED this 7th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE