AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, Barbara Cegavske, Adam Laxalt,*
*Brian Sandoval and Robert Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES FONSECA, ROBERT SMITH, JANE/JOHN DOES, ISIDRO BACA, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL,<br><br>Defendants. | Case No. 3:20-cv-00190-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLMENT CONFERENCE** |

Plaintiffs Troylette Burton, Individually, and as Administrator of the Estate of Thayer Joseph Burton, and Thayer Burton, by and through counsel, Parker, Nelson and Associates, and Theodore Parker, III and Ramos Law, and Clarence E. Gamble, and Defendants, Moises Fonseca, Robert Smith, and Isidro Baca by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to continue the settlement conference hearing scheduled for October 6, 2021 at 9:00 a.m. (ECF No. 53).

On August 24, 2021, this Court set a settlement conference for October 6, 2021 (ECF No. 55). The parties now respectfully request this Court continue the October 6, 2021 settlement conference to a later date convenient to the Court, due to a scheduling conflict. Counsel for the Defense has been working to provide documents and other discovery to Plaintiffs. Due to a multitude of issues, the

discovery was not provided in time for Plaintiff's counsel to prepare for depositions that need to be completed prior to the settlement conference. The parties are working to schedule these depositions, but cannot have them completed prior to the scheduled settlement conference date. Therefore, the parties request that date be vacated, to be reset once the depositions are rescheduled.

The parties agree that this is a valid and good faith reason for a continuance of the settlement conference. Therefore, the parties respectfully request this Court continue the settlement conference hearing scheduled for October 6, 2021 at 9:00 a.m. to a later date, convenient with this Court's calendar, upon notice that the depositions have been scheduled.

DATED this 28th day of September, 2021

PARKER, NELSON & ASSOCIATES

By: /s/ Theodore Parker, III
THEODORE PARKER, III
Nevada Bar No. 4716
MAHOGANY TURFLEY, ESQ.
Nevada Bar No. 13974

RAMOS LAW

By: /s/ Clarence E. Gamble
CLARENCE E. GAMBLE
Nevada Bar No. 4268

DATED this 28th day of September, 2021

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS
Nevada Bar No. 3572

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2021

2