```
 1  AARON D. FORD
      Attorney General
 2  DOUGLAS R. RANDS, Bar No. 3572
      Senior Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, Nevada 89701-4717
    Tel: (775) 684-1150
 5  E-mail:  drands@ag.nv.gov

 6  Attorneys for Defendants
    Isidro Baca, Moises Fonseca,
 7  and Robert Smith
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES FONSECA, ROBERT SMITH, JANE/JOHN DOES, ISIDRO BACA, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL,<br><br>Defendants. | Case No.  3:20-cv-00190-ART-CLB<br><br>**ORDER APPROVING STIPULATION AND ORDER TO CONTINUE JOINT PRETRIAL ORDER DEADLINE** |

Plaintiffs Troylette Burton, Individually, and as Administrator of the Estate of Thayer Joseph Burton, and Thayer Burton, by and through counsel, Parker, Nelson and Associates, and Theodore Parker, III and Ramos Law, and Clarence E. Gamble, and Defendants Moises Fonseca, Robert Smith, and Isidro Baca by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to request the Court continue the Joint Pretrial Order deadline scheduled for August 21, 2023.

///

///

///

///

The parties are in discussions to conduct a settlement conference in order to potentially resolve this matter short of trial. However, the party necessary to confirm settlement authority is not available until after the deadline for the Joint Pretrial Order. The parties feel that their resources would be better spent on trying to resolve the claim, than continuing the litigation process.

The parties agree that this is a valid and good faith reason for a continuance of the time to file the Joint Pretrial Order. Therefore, the parties respectfully request this Court continue the deadline for filing the Joint Pretrial Order, scheduled for August 21, 2023, for 30 days to **September 20, 2023**.

| | |
|---|---|
| DATED this 21st day of August, 2023 | DATED this 21st day of August, 2023 |
| PARKER, NELSON & ASSOCIATES | AARON D. FORD<br>Attorney General |
| By: /s/ Theodore Parker, III<br>THEODORE PARKER, III<br>Nevada Bar No. 4716<br>MAHOGANY TURFLEY, ESQ.<br>Nevada Bar No. 13974 | By: /s/ Douglas R. Rands<br>DOUGLAS R. RANDS<br>Nevada Bar No. 3572<br><br>*Attorneys for Defendants* |
| RAMOS LAW | |
| By: /s/ Clarence E. Gamble<br>CLARENCE E. GAMBLE<br>Nevada Bar No. 4268 | |

\* \* \*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: August 22, 2023.**