1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| TROYLETTE BURTON, Individually, and as Administrator of the ESTATE OF THAYER JOSEPH BURTON, and THAYER BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>MOISES FONSECA, ROBERT SMITH, JANE/JOHN DOES, ISIDRO BACA, ADAM LAXALT, BARBARA CEGAVSKE, and BRIAN SANDOVAL,<br><br>Defendants. | Case No. 3:20-cv-00190-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Troylette Burton, Individually, and as Administrator of the Estate of Thayer Joseph Burton, and Thayer Burton, by and through counsel, Parker, Nelson and Associates, and Theodore Parker, III and Ramos Law, and Clarence E. Gamble, and Defendants, Moises Fonseca, Robert Smith, and Isidro Baca by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

///
///
///
///
///
///

1

Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 26th day of September, 2024

PARKER, NELSON & ASSOCIATES

By: */s/ Theodore Parker, III*
    THEODORE PARKER, III
    Nevada Bar No. 4716

RAMOS LAW

By: */s/ Clarence E. Gamble*
    CLARENCE E. GAMBLE
    Nevada Bar No. 4268

DATED this 26th day of September, 2024

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
    DOUGLAS R. RANDS
    Nevada Bar No. 3572

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: September 26, 2024